No. 8600 and 8613. MARY F. PROCIV, PLAINTIFF AND RESPONDENT, *v.* STANLEY PROCIV, DEFENDANT AND APPELLANT.

Decided: December 17, 1945.

Pursuant to stipulation, it is hereby ordered that the appeals in the above entitled actions be dismissed without cost to either party, and the appeal bonds heretofore filed shall be released and exonerated.

Dated this 17th day of December, 1945.

For Appellant, *Wood* and *Cooke*.

For Respondent, *R. C. Dillavou.*